IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA
AT CHARLOTTESVILLE

| | | |
|---|---|---|
| K. K., a minor by next friend, SUSAN LEIGH KRISTENSEN, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09-CV-00084 |
| | ) | Consolidated with 3:09-CV-00085 |
| WILLIAM DAVID SPOTNITZ and DENISE CONSTANCE SCHAIN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFFS' AMENDED CERTIFICATE FOR
JOINT DESIGNATION OF EXPERT WITNESSES
DR LEONARD VANCE AND DARREN GIACOLOME AND
NOTICE OF USE OF TREATING PHYSICIANS**

Plaintiffs, by counsel hereby provide their amended certificate of service to name all

counsel listed in the electronic service system.

Respectfully submitted,

K. K. and A. K., minors
By counsel

_/S/_____
David S. Bailey (Va. Bar 24940; DC Bar 455518)
Environmental Law Group, PLLC
P.O. Box 6236
Richmond, Virginia 23230
TEL:   804-433-1980
FAX:   804-433-1981
Email: dsbailey@igc.org

Tammy L. Belinsky, Esquire (VA 43424)
Environmental Law Group
9544 Pine Forest Road

Copper Hill, Virginia 24079
TEL: 540-929-4222
FAX: 540-929-9195
Email: tambel@hughes.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011 I electronically filed Plaintiff's notice of expert

filing along with scanned expert reports and other required expert materials with the Clerk of the

Western District Federal Court, Charlottesville, Virginia using the CM/ECF system which will

send electronic copies of the document to Chad Mooney and Ed Dawson, Petty, Livingston,

Dawson & Richards, 725 Church Street, Suite 1200, P.O. Box 1080, Lynchburg. Virginia 24505

at cmooney@pldrlaw.com and edawson@pldrlaw.com.  There are no other counsel in the case

that require hard copy mailing.


_/S/_____
David S. Bailey