IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ALEXANDER STONE KRISTENSEN, a minor by next friend, SUSAN LEIGH KRISTENSEN, and KAIA VICTORIA KRISTENSEN, a minor by next friend, SUSAN LEIGH KRISTENSEN<br>*Plaintiffs,*<br><br>v.<br><br>WILLIAM DAVID SPOTNITZ and DENISE CONSTANCE SCHAIN<br>*Defendants.* | NO. 3:09–cv–00084<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross motions in limine seeking to exclude the opinion testimony of each other's respective expert witnesses.

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion in Limine to exclude Dr. Leonard Vance, Dr. Joseph Vilseck, Dr. Richard Lipsey, Dr. Elizabeth Frye, and Dr. Andrew Elgort (docket no. 121) is DENIED. Plaintiffs' Motion in Limine to exclude Dr. Daniel Sawyer as irrelevant, inflammatory, and not probative of the issues at trial (docket no. 139) is DENIED. Plaintiffs' Motion in Limine to exclude the testimony of Dr. Daniel Sawyer pursuant to *Daubert* and Rule 702 (docket no. 144) is DENIED in part and GRANTED in part.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Memorandum Opinion and accompanying Order to all counsel of record.

Entered this   21st   day of September, 2011.

1

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE